**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01558-CV

## IN THE INTEREST OF A.S., A Child

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-54376-2014**

## ORDER

Appellant is representing herself in this appeal. Her docketing statement contains conflicting information regarding the reporter's record. Appellant checked boxes indicating there is a reporter's record and she made payment arrangements for the reporter's record. She also checked boxes stating she did not request the reporter's record and there was no electronically recorded reporter's record. The docketing statement does not identify the court reporter. In response to our notice regarding the appeal, Indu Bailey, official court reporter of the 219th Judicial District Court notified this Court that she did not record the proceedings, but that the proceedings were probably recorded by a court reporter assigned to the Judge in the "AG Court." Ms. Bailey did not provide us the name of any court reporter so assigned, but said she contacted appellant and told her to contact the court coordinator for that court regarding the hearings.

Accordingly, we **ORDER** appellant to provide this Court in writing, by **MARCH 2, 2015**, with the following information: (1) whether the proceedings in this case were recorded by a court reporter; (2) the name of each court reporter who recorded the proceedings; (3) whether appellant requested preparation of the reporter's record; and (4) whether appellant paid, or made payment arrangements, for the reporter's record. *We notify appellant that if she does not provide the required information in writing by the date specified, the appeal will proceed without a reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to add Stephen Strickler, Office of the Attorney General of Texas, Child Support Division, to the list of individuals who are to receive notice in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Indu Bailey, official court reporter, 219th Judicial District Court, and Stephen Strickler.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Nora Zarate and Jose Suarez.

/s/ ELIZABETH LANG-MIERS
JUSTICE